IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02106-ZLW

WELDON MOTT, II,

    Plaintiff,

v.

OFFICER JOHN DOE I,
OFFICER JOHN DOE II,
THE PEOPLE OF THE STATE OF COLORADO,
CITY OF COLORADO SPRINGS,
OFFICE OF THE DISTRICT ATTORNEY, and
DISTRICT ATTORNEY JOHN DOE IV,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2007

GREGORY C. LANGHAM
                CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request for information in a letter to the Court filed on January 12, 2007, which has been docketed as a motion to clarify, is GRANTED. Plaintiff is required to make monthly filing fee payments in accordance with 28 U.S.C. § 1915 in each case in which he has been or is granted leave to proceed in forma pauperis until the filing fee is paid in full.

Dated: January 17, 2007

Copies of this Minute Order mailed on January 17, 2007, to the following:

Weldon Theophilous Mott, II
Prisoner No. A00183633
CJC - 3G1
2739 E. Las Vegas Street
Colorado Springs, CO 80906

                              Secretary/Deputy Clerk